# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

IN RE:
BOGDAN GEBALA                 Case No.: 13-33564
    Debtor                              Judge: Hon. Eugene R. Wedoff
                                         Chapter 7

_____/

## NOTICE OF MOTION OF SECURED CREDITOR FOR RELIEF FROM THE AUTOMATIC STAY

Counsel for Provident Funding Associates, L.P., and its Principal, Successors, Heirs and Assigns has filed a Motion with the Court for relief from the automatic stay and to waive the provisions of Fed.R.Bankr.P.4001(a)(3).

**PLEASE TAKE NOTICE** that the court will hold a hearing on the request for relief from the automatic stay and to waive the provisions of Fed.R.Bankr.P.4001(a)(3).

This hearing will take place on October 3, 2013 at _9:30__ a.m. before the Hon. Judge Eugene R. Wedoff-Cook County Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Court Room 744, Chicago, IL 60604.

Dated: September 16, 2013                          */s/ Caleb J. Halberg*

## AFFIDAVIT OF SERVICE

I, Cari Minch, declare under the penalty of perjury that on the __16th__ day of September 2013, I served a copy of the Notice of Motion and Motion for Relief from Stay, Required Statement to Accompany Motion for Relief, Proposed Order for Relief, and Affidavit of Service upon:

| | | |
|---|---|---|
| Bogdan Gebala<br>311 N School St<br>Mount Prospect IL 60056 | Jason S Landgraf, Esq.<br>5720 W. Belmont Ave<br>Unit A<br>Chicago, IL 60634 | DTA Solutions<br>9428 Bay Meadows Rd<br>Suite 250<br>Jacksonville, FL 32256 |
| Office of the US Trustee<br>219 S. Dearborn St., Rm 873<br>Chicago, IL 60604 | Steven R Radtke, Trustee<br>79 W Monroe Street Suite 1305<br>Chicago, IL 60603 | Anna Gebala<br>311 N School St<br>Mount Prospect IL 60056 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to the Debtor, Anna Gebala, DTA Solutions, and the Office of the US Trustee, and via CM-ECF electronic filing to Debtor's Attorney and Trustee.

                                                       */s/ Cari Minch*
                                                       Cari Minch

Case 13-33564    Doc 11    Filed 09/16/13    Entered 09/16/13 08:32:31    Desc Main
Document      Page 2 of 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS (CHICAGO)**

|  |  |
|---|---|
| **IN RE:** ) ) )  ) BOGDAN GEBALA ) **DEBTOR** ) ) ) ) ) ) ) | **CASE NO. 13-33564** **CHAPTER 7** **Judge: Hon. Eugene R. Wedoff** **MOTION OF PROVIDENT FUNDING ASSOCIATES, L.P.,FOR RELIEF FROM THE AUTOMATIC STAY AS TO THE REAL PROPERTY LOCATED AT 311 N SCHOOL ST, MOUNT PROSPECT IL 60056** |

Provident Funding Associates, L.P., and its Principal, Successors, Heirs and Assigns moves this Court, under §§§§ 361, 362, 363, 554 and other sections of the Bankruptcy Reform Act of 1978, as amended (the "Bankruptcy Code") and under Rules 4001, 6007 and other rules of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order conditioning, modifying or terminating the automatic stay imposed by 11 U.S.C § 362 of the Bankruptcy Code, and for a waiver of the provisions of Fed. R. Bankr.P.4001(a)(3). In support of this Motion, the Movant states:

1. The Debtor filed for chapter 7 bankruptcy relief on August 22, 2013.

2. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion are proper under 28 U.S.C. §§ 1408 and 1409.

3. On September 7, 2007, the Debtor listed above obtained a loan from Provident Funding Group Inc., in the amount for $229,100.00. Such loan was evidenced by a promissory note dated September 7, 2007 (the "Note"). Debtor executed a Mortgage dated September 7, 2007 (the "Security Agreement"), conveying to Provident Funding Group Inc., a lien on real and/or personal property (the "Collateral") owned by the Debtor, located at 311 N School St, Mount Prospect IL 60056. The lien is the first lien on the collateral.

4. The Note and Security Agreement were transferred as follows: (a) on July 23, 2013 to Provident Funding Associates, L.P., and the transfer is evidenced by an Assignment of Mortgage and endorsed Note.

5. The estimated market value of the Collateral is $198,000.00. This valuation is based on the market value assessed and listed in the Debtor's Schedule D. The current outstanding principal balance due on the Note is $190,716.41, plus interest accruing at the rate of 2% per annum [$10.45 per day]. This amount may not include accrued interest, fees, late charges, escrow shortages or corporate advances. There is also a forbearance balance of $55,900.00.

6. Upon reasonable investigation, there are two other parties known to have an interest in the Collateral. Debtor took out a Second Mortgage from DTA Solutions, which has a claim in the amount of $11,998.00, pursuant to Schedule D. The other party known to have an interest in the Collateral is Anna Gebala, the Debtor's spouse.

7. Movant seeks an order for relief from the automatic stay in order to protect its lien pursuant to the terms of the security agreement, to the extent allowed by law. Movant may in lieu of foreclosure offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation options, and may seek to enter into such agreement with debtor. Movant understands that it may not enforce or threaten to enforce any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case or while the case remains pending.

8. Based upon the foregoing, Movant is entitled to relief from the automatic stay under § 362 (d)(2) as there appears the debtor does not have equity in such property and such property is not necessary for an effective reorganization.

9. Movant is entitled to relief from the automatic stay under §§ 362(d)(1). The Debtor is in material default of the mortgage obligations by a failure to make the required ongoing monthly mortgage payment; Debtor is contractually due for the July 1,2012 monthly mortgage payment.

10. The Movant is unable to determine the Debtor's intentions with respect to the secured asset because the Debtor failed to list the property on the Statement of Intent.

11. Based upon foregoing, a waiver of the provisions of Fed.R.Bankr.P. 4001(a)(3) is appropriate; an order for relief should have immediate effect.

WHEREFORE, Movant prays for an Order from the Court for Relief from the Automatic Stay of 11 U.S.C § 362 of the Bankruptcy Code as to the Movant and its principal, successors, heirs, and assigns with respect to the subject property located at 311 N School St, Mount Prospect IL 60056. Movant further requests that the provisions of Fed.R.Bankr.P. 4001(a)(3) be waived and that the Order for Relief from the Automatic Stay have immediate effect, and further, remain in effect notwithstanding the conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.

Respectfully submitted,

Date: September 16, 2013

*/s/Caleb J. Halberg*
Potestivo & Associates, P.C.
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Provident Funding Associates, L.P.
Our File No.: C13-87783